COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-105-CR

ARTHUR LEE KELLY, JR. APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM THE 371
ST
 
DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the letter requesting to dismiss this appeal filed by Arthur Lee Kelly, Jr., pro se appellant.  The request complies with rule 42.2(a) of the rules of appellate procedure. 
 Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received this request, we grant the request and dismiss the appeal. 
 See id.;
 
Tex. R. App. P.
 43.2(f).

PER CURIAM

PANEL D: MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: May 19, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.